UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF <br><br> MDL No. 2100 |

**This Document Relates To:**

*Deborah Welch, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 3:13-cv-10434-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on December 22, 2014 (MDL 2100 Doc. 3586-1 l.161) and February 11, 2015 (3:13-cv-10434 Doc. 5), the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

> JUSTINE FLANAGAN,
> ACTING CLERK OF COURT
>
> BY:  /s/*Cheryl A. Ritter*
> **Deputy Clerk**

Date: February 17, 2015

APPROVED: *DavidRHerndon*

Digitally signed by
David R. Herndon
Date: 2015.02.17
09:53:47 -06'00'

DISTRICT JUDGE
U. S. DISTRICT COURT